# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**GREEIS RODRIGUEZ HERNANDEZ**                                                   **PLAINTIFF**

**v.**                                                  **CIVIL ACTION NO. 1:21-cv-322-TBM-RPM**

**ANDREW ROBERT NEWELL**                                               **DEFENDANT**

## ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION

This matter came before the Court on the Plaintiff's Motion for Preliminary Injunction [22] and Plaintiff's Motion for Contempt [39]. At the hearing conducted in this matter on May 22, 2023, the Court, having considered the pleadings, the record, the evidence presented, the oral arguments of the parties, and the relevant legal authority, announced on the record its detailed findings and conclusions.

IT IS THEREFORE ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on May 22, 2023, Plaintiff's Motion for Preliminary Injunction [22] is DENIED.

IT IS FUTHER ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on May 22, 2023, Plaintiff's Motion for Contempt [39] is TAKEN UNDER ADVISEMENT.

THIS, the 22nd day of May, 2023.

                                                          **TAYLOR B. McNEEL**
                                                     **UNITED STATES DISTRICT JUDGE**